UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

BRANDMAKERS, INC., and
GARY F. LABROZZI,

        Defendants.

Civil Action No.: 05 2038

FILED
OCT 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FINAL JUDGMENT AS TO DEFENDANT BRANDMAKERS, INC.

The Securities and Exchange Commission ("the Commission") having filed a Complaint and Defendant Brandmakers, Inc. ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction) ("Consent"); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Final Judgment, by personal service or otherwise, are permanently restrained and enjoined from violating Section 13(a) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78m(a)] and Rules 13a-1, 13a-11, and 13a-13 thereunder [17 C.F.R. §§ 240.13a-1, 240.13a-11, and 240.13a-13], including failing to fail to file such information and documents, including Forms 10-K, 10-KSB, 10-Q, and 10-QSB,

required by Exchange Act Section 13(a) [15 U.S.C. § 78m(a)] and Rules 13a-1, 13a-11, and 13a-13 thereunder [17 C.F.R. §§ 240.13a-1, 13a-11, and 240.13a-13].

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: October 26, 2005

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Neil J. Welch, Jr.
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-7553

Stewart A. Merkin
Law Office of Stewart A. Merkin
Rivergate Plaza
Suite 300
444 Brickell Avenue
Miami, Florida  33131

2